Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| MIGUEL A. FONTANEZ GARCÍA, ET ALS.<br><br>Peticionarios<br><br>V.<br><br>ELIACÍN MOLINA NIEVES, ET ALS.<br><br>Recurridos | TA2025CE00370 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de HUMACAO<br><br>Caso Núm.: HU2023CV01093<br><br>Sobre: Cobro de Dinero, Enriquecimiento Injusto, Fraude y Daños y Perjuicios |
|---|---|---|

Panel integrado por su presidenta, la Jueza Domínguez Irizarry, la Jueza Grana Martínez, y el Juez Pérez Ocasio.

Grana Martínez, Jueza Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 3 de septiembre de 2025.

Examinada la *Petición de Certiorari y Moción Informativa y Solicitud*, presentadas el 28 de agosto de 2025, este Tribunal dispone lo siguiente, se deniega el recurso presentado.

La parte peticionaria no ha puesto a este foro en posición de atender el asunto en sus méritos conforme la regla 40 y la 34 (C)(1)(f) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones